# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D16-2148
_____

DESHAWN GREEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Jack M. Schemer, Judge.

May 2, 2018

PER CURIAM.

AFFIRMED.

OSTERHAUS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Deshawn Green, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.